UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOUGLAS A. PAUTSCH, JR.,          No. 2:08-cv-02360-MCE-EFB

      Plaintiff,

   v.                              **RECUSAL ORDER**

CENTEX CORPORATION, a
foreign corporation, et al.,

      Defendants.
_____/

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.  The undersigned recuses himself as the judge to whom this case is assigned;

    2.  All currently scheduled dates in the above-captioned action are VACATED;

    3.  The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment;

1

     4.  That this case is reassigned to the Honorable Garland E. Burrell.  Henceforth the caption on all documents filed in the reassigned case shall be 2:08-cv-02360-GEB-EFB.

     IT IS SO ORDERED.

 Dated: November 3, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2